UNITED STATES DISCTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **HUMAN RIGHTS DEFENSE CENTER**           )<br>    Plaintiff,           )<br>           )<br>v.           )<br>           )<br>**BUREAU OF PRISONS**           )<br>    Defendant.           )<br>_____   ) | Civil Action<br>No. 1:18-cv-01064-JEB |

# JOINT STATUS REPORT

Pursuant to the Court's January 23, 2019 Minute Order, counsel for the parties present this Joint Status Report.

The Bureau of Prisons has provided all relevant documents to the Human Rights Defense Center, leaving no outstanding substantive issues. The parties are actively trying to resolve issues surrounding attorneys' fees.

Therefore, the parties request that the court order another Joint Status Report to be filed within thirty days, or, if federal appropriations lapse on February 15, 2019, thirty days from the restoration of funds.

Respectfully submitted this February 11, 2019,

                              */s/ Deborah M. Golden*
                              DEBORAH M. GOLDEN
                              Human Rights Defense Center

316 F Street, NE #107
Washington, DC 20002
(202) 543-8100
(202) 630-0332 (cell)
D.C. Bar No. 470-578

*Attorney for Plaintiff*


JESSIE K. LIU, D.C. Bar No. 472845
United States Attorney
for the District of Columbia

DANIEL F. VAN HORN, D.C. Bar # 924092
Civil Chief

By: /s/ *Kenneth Adebonojo*
KENNETH ADEBONOJO
Assistant United States Attorney
Judiciary Center Building
555 4th Street, N.W. B Civil Division
Washington, D.C. 20530
(202) 252-2562

*Attorneys for Defendant*